**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Probo Sign B.V., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Spartanics, LTD., )<br>)<br>    Defendant. ) | Case No. 24-cv-02497 |

**ANSWER TO COMPLAINT**

  Defendant, Spartanics, LTD., ("Spartanics"), by and through its attorney, Nicholas R. Recchia, Esq., and in support of its answer to complaint, states as follows:

**PARTIES**

  1.  Defendant has no knowledge as to the truth and veracity of the allegations contained in paragraph 1 and therefore neither admits nor denies said allegations.

  2.  Defendant has no knowledge as to the truth and veracity of the allegations contained in paragraph 2 and therefore neither admits nor denies said allegations. Defendant further states that paragraph 2 states a legal conclusion to which no response is required.

  3.  Defendant admits the allegations contained in paragraph 3.

**JURISDICTION AND VENUE**

  4.  Defendant states paragraph 4 states a legal conclusion to which no response is required.

  5.  Defendant states paragraph 5 states a legal conclusion to which no response is required.

**GENERAL ALLEGATIONS**

  6.  Defendant has no knowledge as to the truth and veracity of the allegations contained in paragraph 6 and therefore neither admits nor denies said allegations.

  7.  Defendant has no knowledge as to the truth and veracity of the allegations contained in paragraph 7 and therefore neither admits nor denies said allegations.

8. Defendant has no knowledge as to the truth and veracity of the allegations contained in paragraph 8 and therefore neither admits nor denies said allegations.

9. Defendant admits the allegations contained in paragraph 9.

10. Defendant denies the allegations contained in paragraph 10.

11. Defendant denies the allegations contained in paragraph 11.

12. Defendant admits the allegations contained in paragraph 12.

13. Defendant admits the allegations contained in paragraph 13.

14. Defendant denies the allegations contained in paragraph 14.

15. Defendant admits that Probo hasn't yet received the Galva Module and denies all remaining allegations contained in paragraph 15.

16. Defendant admits to senior management being involved and denies all remaining allegations contained in paragraph 16.

17. Defendant denies the allegations contained in paragraph 17.

18. Defendant admits the allegations contained in paragraph 18.

19. Defendant admits the allegations contained in paragraph 19.

20. Defendant admits the allegations contained in paragraph 20.

21. Defendant admits the allegations contained in paragraph 21.

22. Defendant admits the allegations contained in paragraph 22.

23. Defendant denies the allegations contained in paragraph 23.

24. Defendant admits Probo has not received the module and denies all remaining allegations contained in paragraph 24.

25. Defendant denies the allegations contained in paragraph 25.

26. Defendant denies the allegations contained in paragraph 26.

27. Defendant denies the allegations contained in paragraph 27.

28. Defendant has no knowledge as to the truth and veracity of the allegations contained in paragraph 28 and therefore neither admits nor denies said allegations.

## Count I – Breach of Contract

29. Defendant restates and realleges its answers to paragraphs 1 through 28.

30. Defendant denies the allegations contained in paragraph 30.

31. Defendant admits the allegations contained in paragraph 31.

32. Defendant denies the allegations contained in paragraph 32.

33. Defendant denies the allegations contained in paragraph 33.

## Count II – Unjust Enrichment

34. Defendant restates and realleges its answers to paragraphs 1 through 28.

35. Defendant denies the allegations contained in paragraph 35.

36. Defendant admits the allegations contained in paragraph 36.

37. Defendant denies the allegations contained in paragraph 37.

38. Defendant denies the allegations contained in paragraph 38.

39. Defendant denies the allegations contained in paragraph 39.

## Count III – Fraud

40. Defendant restates and realleges its answers to paragraphs 1 through 28.

41. Defendant denies the allegations contained in paragraph 41.

42. Defendant admits the allegations contained in paragraph 42.

43. Defendant admits the allegations contained in paragraph 43.

44. Defendant denies the allegations contained in paragraph 44.

45. Defendant denies the allegations contained in paragraph 45.

## Count IV – Violation of Illinois Consumer Fraud and Deceptive Business Practices Act

46. Defendant restates and realleges its answers to paragraphs 1 through 28.

47. Defendant denies the allegations contained in paragraph 47.

48. Defendant denies the allegations contained in paragraph 48

49. Defendant denies the allegations contained in paragraph 49.

50. Defendant denies the allegations contained in paragraph 50.

51. Defendant denies the allegations contained in paragraph 51.

WHEREFORE, Defendant Spartanics, LTD., prays for judgment in its favor and against Plaintiff Probo Sign B.V.

Dated: April 11, 2025

                                        Respectfully submitted,

                                        *Nicholas R. Recchia*
                                        Attorney for Defendant

Nicholas R. Recchia
Attorney At Law
721 South Boulevard, Suite 210
Oak Park, Illinois 60302
708-969-6042
recchialaw@aol.com